UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ZIV KRUGER, )<br>)<br>Plaintiff, )<br>)<br>VS. )<br>)<br>LINDY HARTSFIELD, ET AL., )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br><br>3:17-CV-1220-G (BH) |

# ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.

The motion of Mike Hartsfield to dismiss, filed May 26, 2017 (docket entry 12), and the joinder of Blood & Thunder Sports, Inc. to motion of Mike Hartsfield to dismiss, filed June 7, 2017 (docket entry 16), are **GRANTED**, and Mike

Hartsfield's alternative motion to dismiss for improper venue is **DENIED** as moot.

By separate judgment, all of plaintiffs' claims against defendants Mike Hartsfield and Blood & Thunder Sports, Inc., will be **DISMISSED** without prejudice for lack of personal jurisdiction.

  **SO ORDERED**.

December 18, 2017.

            /s/ A. Joe Fish
            **A. JOE FISH**
            **Senior United States District Judge**