IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ZIV KRUGER, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) No. 3:17-CV-1220-G (BH) |
| | ) |
| LINDY HARTSFIELD, | ) |
| | ) |
| Defendant. | ) |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the findings and conclusions of the Magistrate Judge are correct and they are accepted as the findings and conclusions of the court.

The *motion of Lindy Hartsfield to Dimsiss* [sic] *under 12(b)*, filed November 27, 2017 (docket entry 32), is **GRANTED**, and the alternative motion to dismiss or transfer for improper venue is **DENIED**. By separate judgment, all of the plaintiff's claims against defendant Lindy Hartsfield will be **DISMISSED** without prejudice under Rule 12(b)(5).

**SO ORDERED.**

May 4, 2018.

_____
**A. JOE FISH**
**Senior United States District Judge**